**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 11-1555**

_____

DARRYL EL,

            Plaintiff - Appellant,

      v.

MAX   DAETWYLER   CORPORATION;   DON   BERGHOLZ;   WALTER
SIEGENTHALER,

            Defendants - Appellees.

_____

Appeal from the United States District Court for the Western
District of North Carolina, at Charlotte.  Max O. Cogburn, Jr.,
District Judge.  (3:09-cv-00415-MOC-DCK)

_____

Submitted: October 18, 2011        Decided: October 20, 2011

_____

Before WILKINSON, MOTZ, and DIAZ, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Darryl El, Appellant Pro Se.   Thomas Pearson Holderness,
ROBINSON, BRADSHAW & HINSON, PA, Charlotte, North Carolina, for
Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Darryl El appeals the district court's order dismissing his action filed under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C.A. §§ 2000e to 2000e-17 (West 2003 & Supp. 2011). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. El v. Max Daetwyler Corp., No. 3:09-cv-00415-MOC-DCK (W.D.N.C. May 9, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED